# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**YONNATHAN AMIRANTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-262

[March 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kenneth A. Gottlieb, Judge; L.T. Case Nos. 15019187MU10A and 17-000008AC10A.

Gordon Weekes, Public Defender, and James K. Rubin, Assistant Public Defender, Fort Lauderdale, for appellant.

Harold F. Pryor, State Attorney, and Nicole Bloom, Assistant State Attorney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***